No. 02–1447. NORTHWEST AIRLINES CORP. ET AL. *v.* CHASE ET AL. C. A. 6th Cir. Certiorari denied.

No. 02–1460. VAUGHAN *v.* COX ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1461. SHERIDAN *v.* TRUSTEES OF COLUMBIA UNIVERSITY. App. Div., Sup. Ct. N. Y., 1st Jud. Dept. Certiorari denied.

No. 02–1509. MINISTRY OF FINANCE OF THE REPUBLIC OF INDONESIA *v.* KARAHA BODAS CO., L. L. C.; and
No. 02–1510. PERUSAHAAN PERTAMBANGAN MINYAK DAN GAS BUMI NEGARA *v.* KARAHA BODAS CO., L. L. C. C. A. 2d Cir. Certiorari denied. Reported below: 313 F. 3d 70.

No. 02–1517. TOWLE, DENISON, SMITH & TAVERA, LLP, ET AL. *v.* UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA. C. A. Fed. Cir. Certiorari denied.

No. 02–1525. NORMAN *v.* UNITED STATES PUBLIC HEALTH SERVICE ET AL. C. A. 5th Cir. Certiorari denied.

No. 02–1539. BESTOR *v.* UNITED STATES. C. A. D. C. Cir. Certiorari denied.

No. 02–1549. YAMASHITA *v.* JOHNSON, ACTING SECRETARY OF THE NAVY, ET AL. C. A. D. C. Cir. Certiorari denied.

No. 02–1558. REES *v.* WISCONSIN. Ct. App. Wis. Certiorari denied.

No. 02–1572. RAPIER *v.* UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 02–7782. MAYES ET AL. *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. Sup. Ct. Fla. Certiorari denied.

No. 02–9054. KAFELE *v.* KARNES ET AL. Sup. Ct. Ohio. Certiorari denied.